United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 18, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20418
Consolidated with
No. 05-41028
and
No. 06-40174
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERVANDO GONZALES-REYES,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:01-CR-575-ALL
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Servando Gonzales-Reyes (Gonzales) seeks to appeal three judgments arising from his offense of illegally reentering the United States. Gonzales fails to show that the district court abused its discretion by denying his motion for an extension of time to file appeals in case No. 05-20418 and case No. 05-41028. See United States v. Clark, 51 F.3d 42, 43 n.5 (5th Cir. 1999).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The appeals in case No. 05-20418 and case No. 05-41028 are dismissed for failure to comply with the rule requiring a timely notice of appeal.  See Burnley v. City of San Antonio, ___ F.3d ___, No. 04-51181, 2006 WL 3247138, *8 n.1 (5th Cir. Sep. 15, 2006); FED. R. APP. P. 4(b)(1)(A)(i).  In case No. 06-40174, Gonzales makes no argument relative to the judgment.  He has thus waived appeal of any issue pertaining to that judgment.  See United States v. Ragsdale, 426 F.3d 765, 785 n.9 (5th Cir. 2005), cert. denied, 126 S. Ct. 1417 (2006).  The judgment in appeal No. 06-41074 is affirmed.

DISMISSED IN PART; AFFIRMED IN PART.